UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OSSIE SCOTT RHODES, ET AL<br>*Plaintiff*<br><br>v.<br><br>CORNERSTONE HOSPITAL OF<br>BOSSIER CITY, LLC<br><br>*Defendants* | CIVIL ACTION NO.<br><br><br>JUDGE _____<br><br>MAG. JUDGE _____ |

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

NOW INTO COURT, comes Defendant, **Cornerstone Hospital of Bossier City, LLC ("Cornerstone")**, and pursuant to 28 U.S.C. §1441, with full reservation of rights and defenses, respectfully submits this Notice of Removal of a civil action currently pending against it in the 26th Judicial District Court for the Parish of Bossier, State of Louisiana.

In support of this removal notice, Cornerstone states:

1.

**Cornerstone** has been made a defendant in a civil action pending in the 26th Judicial District Court for the Parish of Bossier, State of Louisiana, captioned as: *Ossie Scott Rhodes and Eugene Emmanuel Wallace, Individually and on Behalf of Their Mother, Fannie Scott (Deceased) v. Cornerstone Hospital of Bossier City*, *LLC* and

bearing Docket No.141896.

2.

**Cornerstone** first received notice of this suit on or about June 10, 2013, when it was served, through CT Corporation System, with a copy of the Plaintiffs' Petition for Damages.

3.

**Cornerstone** did not receive notice of the lawsuit before May 24, 2013, the date on which Plaintiffs' Petition for Damages was filed in state court.

4.

This removal notice is being filed within thirty (30) days of Defendant **Cornerstone's** first receipt on June 10, 2013, though service or otherwise, of the initial pleading setting forth Plaintiffs' claims for relief upon which the action is based. This removal notice is also being filed less than one year after suit was commenced in state court on May 24, 2013. Therefore, this removal notice is timely under 28 U.S.C. §1446(b).

5.

Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Western District of Louisiana (Shreveport Division) is the federal district court for the district embracing the place where the state court suit is pending.

6.

Defendant **Cornerstone**, through undersigned counsel, will serve by mail a notice of the filing of this removal notice to Plaintiffs and will cause a copy of this removal notice to be filed with the Clerk of Court of the 26th Judicial District Court for the Parish

of Bossier, State of Louisiana, as required by 28 U.S.C. §1446(d).

7.

This Court has original jurisdiction over this suit pursuant to 28 U.S.C. §1332 and §1441 in that the Plaintiffs' Petition for Damages, a copy of which is attached hereto as **Exhibit 1**, involves claims between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.

Although the Plaintiffs plead no specific amount of damages in their prayer for relief, in conformity with Louisiana Code of Civil Procedure Article 893, Defendant **Cornerstone** reasonably believes, based on the allegations set for the Plaintiffs' Petition for Damages, that the amount in controversy exceeds the jurisdictional minimum amount of $75,000.

9.

This lawsuit involves claims for personal injury. Plaintiffs allege that Defendant was negligent in the care delivered or care which should have been delivered to their mother, Fannie Scott, allegedly causing them to suffer general and special damages for pain and suffering, mental anguish, and medical expenses prior to the death of their mother, as well as damages for her wrongful death, survival damages and funeral expenses. Plaintiffs also claim loss of consortium regarding their mother.

10.

Therefore, upon information and good faith belief, Defendant believes that the total amount of damages claimed by Plaintiffs exceeds the jurisdictional amount of $75,000, exclusive of interest and costs.

11.

The Plaintiffs' original Petition for Damages names only one Defendant, **Cornerstone**.

12.

Complete diversity of citizenship exists between Plaintiffs and Defendant in that:

(a) As alleged in the introductory paragraph of the Plaintiffs' Petition, Plaintiffs (Ossie Scott Rhodes and Eugene Emmanuel Wallace) are major domicilliaries/citizens of Minden, Webster Parish, Louisiana. Further, upon information and belief, the decedent (Fannie Scott) was a major domiciliary/citizen of Minden, Webster Parish, Louisiana;

(b) The citizenship of a limited liability company ("LLC") is determined by the citizenship of all its members. *Harvey v. Grey Wolf Drilling* Co., 542 F.3d 1077, 1081 (5th Cir. 2008). Here, **Cornerstone Hospital of Bossier City, LLC** is a citizen of Delaware and Texas based on the following:

(1) Defendant **Cornerstone Hospital of Bossier City, LLC** is a Delaware limited liability company, and its sole member is CS Healthcare Louisiana, LLC. (*See* **Exhibit 2,** website printout from Delaware Secretary of State for Cornerstone Hospital of Bossier City, LLC; and **Exhibit 3**, "Joint Consent of Sole Member and Board of Managers in Lieu of Meeting of Cornerstone Hospital of Bossier City, LLC"); [1]

---

[1] The principal business office of Cornerstone Hospital of Bossier City, LLC is located at 2200 Ross Avenue, Dallas, Texas 75201. (*See* **Exhibit 4**, website printout from Louisiana Secretary of State for Cornerstone Hospital of Bossier City, LLC).

Case 5:13-cv-02110-DEW-KLH   Document 1   Filed 06/24/13   Page 5 of 6 PageID #:  5

(2) **CS Healthcare Louisiana, LLC** is a Delaware limited liability company, and its sole member is Cornerstone Healthcare Group Holding, Inc. (*See* **Exhibit 5,** website printout from the Delaware Secretary of State for CS Healthcare Louisiana, LLC; and **Exhibit 6**, "Joint Consent of Sole Member and Board of Managers in Lieu of Meeting of CS Healthcare Louisiana, LLC"); [2] and

(3) **Cornerstone Healthcare Group Holding, Inc.** is a domestic corporation incorporated on the State of Delaware, with its principal place of business (i.e., where the corporation's high level officers direct, control and coordinate the corporation's activities) [3] and its corporate headquarters located at 2200 Ross Avenue, in Dallas, Texas 75201.[4]  (*See* **Exhibit 8,** Affidavit of Kurt Schultz, Treasurer of **Cornerstone Healthcare Group Holding, Inc.;** and **Exhibit 9**, website printout from Delaware Secretary of State for Cornerstone Healthcare Group Holding, Inc.).

---

[2]      The principal business office of CS Healthcare Louisiana, LLC is located at 2200 Ross Avenue, Dallas, Texas 75201.  (*See* **Exhibit 7**, website printout from Louisiana Secretary of State for CS Healthcare Louisiana, LLC).

[3]      For purposes of diversity of citizenship under 28 U.S.C. §1332 and §1441, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign policy where it has its principal place of business…." 28 U.S.C. §1332(c)(1). The phrase "principal place of business" in 28 U.S.C. §1332(c)(1) refers to the place where the corporation's high level officers direct, control and coordinate the corporation's activities. *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010).

[4]      The principal place of business and corporate headquarters of **Cornerstone Healthcare Group Holding, Inc.** and the principal business offices of **Cornerstone Hospital of Bossier City, LLC** and **CS Healthcare Louisiana, LLC** are all the same:  2200 Ross Avenue, Dallas Texas 75201.  (*See* fns. 1 & 2, *supra*).

Page 5 of 6

**PRAYER**

**WHEREFORE**, considering the premises, Defendant **Cornerstone Hospital of Bossier City, LLC** respectfully prays that this removal notice be deemed good and sufficient and that the matter pending in the 26th Judicial District Court for the Parish of Bossier, State of Louisiana, captioned as "*Ossie Scott Rhodes and Eugene Emmanuel Wallace, Individually and on Behalf of their Mother, Fannie Scott (Deceased) v. Cornerstone Hospital of Bossier City,*" and bearing Docket No. 141896, be removed to the docket of this Honorable Court.

Respectfully submitted,

_____
**PAUL G. PRESTON, T.A. (Bar No. 10711)**
**LINDA M. UZEE (Bar. No. 18701)**
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
76 Tern Street (Street Address)
Tel: 504-282-2530
Fax: 504-282-2531
ppreston@prestonlawfirm.com
luzee@prestonlawfirm.com
**Attorneys for Defendant, Cornerstone Hospital of Bossier City, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 24, 2013, a copy of the foregoing pleading has been electronically filed using the CM/ECF system which will provide notice to all counsel of record, and/or a copy has also been served on all counsel of record by email, facsimile or depositing same in the United States mail, properly addressed and postage prepaid.

_____
Paul G. Preston