**CT Corporation**

**Service of Process Transmittal**
06/10/2013
CT Log Number 522887314

TO: Michael Wallace, Corporate Paralegal
Cornerstone Healthcare Group
2200 Ross Avenue, Suite 5400
Dallas, TX 75201

RE: **Process Served in Louisiana**

FOR: Cornerstone Hospital of Bossier City, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Ossie Scott Rhodes and Eugene Emmanuel Wallace, Individually and on Behalf of Their Mother, Fannie Scott, Deceased, Petitioners vs. Cornerstone Hospital of Bossier City, LLC, Dft. |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 26th Judicial District Court, Parish of Bossier, LA<br>Case # C141896 |
| NATURE OF ACTION: | Medical Injury - Improper Care and Treatment - Wrongful Death - 05/04/2012 - Cornerstone Hospital of Bossier City, LLC - Defendant is negligent in failing to timely and permanently stop Meropenum |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/10/2013 at 09:45 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service |
| ATTORNEY(S) / SENDER(S): | Richard L. Fewell, Jr.<br>P.O. Box 1437<br>West Monroe, LA 71291<br>318-388-3320 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day , 799970623047<br>Image SOP<br>Email Notification, Michael Wallace mwallace@chghospitals.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>Trevor Garoutte<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

EXHIBIT 1

Page 1 of 1 / RB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

D2240158   A TRUE COPY

# CITATION

| OSSIE SCOTT RHODES ET AL | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| CORNERSTONE HOSPITAL OF BOSSIER CITY LLC | STATE OF LOUISIANA |
| DOCKET NUMBER: C-141896 | |

TO:   CORNERSTONE HOSPITAL OF BOSSIER CITY LLC
C/O REGISTERED AGENT, CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:
PETITION FOR DAMAGES

Witness the Honorable Judges of our said Court on this the 3RD DAY OF JUNE, 2013

CYNTHIA J. JOHNSTON, CLERK OF COURT

**JULIE S. SMITH**

_____
Deputy Clerk
Bossier Parish, Louisiana

Attorney:
RICHARD L. FEWELL, JR.
P.O. BOX 1437
WEST MONROE, LA 71291
318-388-3320

A TRUE COPY ATTEST

_____
DEPUTY CLERK

STATE OF LOUISIANA * PARISH OF BOSSIER

26TH JUDICIAL DISTRICT COURT

2013 MAY 24 P 12: 02

OSSIE SCOTT RHODES
AND EUGENE EMMANUEL
WALLACE, INDIVIDUALLY AND
ON BEHALF OF THEIR MOTHER,
FANNIE SCOTT (DECEASED)

FILED: _____

141896

VERSUS NO. _____

CORNERSTONE HOSPITAL OF
BOSSIER CITY, LLC

DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears **OSSIE SCOTT RHODES AND EUGENE EMMANUEL WALLACE,** major domiciliaries of Minden, Webster Parish, Louisiana, **INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, FANNIE SCOTT,** who who would bring this action, based upon the following, to wit:

1.

Made defendant herein is:

(a) **CORNERSTONE HOSPITAL OF BOSSIER CITY, LLC,** who upon information and belief, is a long time acute care hospital authorized to receive patients for medical treatment in Bossier City, Benton Parish, Louisiana, including its staff, physicians, nurses, and all other employees, who at all times material herein were in the course of such conduct.

2.

Fannie Scott (DOB: 2/19/1925) was the mother of petitioners, Ossie Scott Rhodes and Eugene Emmanuel Wallace.

3.

Petitioners show that their mother had a history of diabetes mellitus among other health issues, and was hospitalized at Minden Medical Center for treatment.

4.

From Minden Medical Center, Fannie Scott was transferred to Cornerstone Hospital of Bossier City on May 4, 2012, for long term acute therapy.

ENDORSED FILED, May 24, 2013
JULIE S. SMITH
DEPUTY CLERK

A TRUE COPY - ATTEST
_____
DEPUTY CLERK

5.

Ms. Scott was admitted to Cornerstone under the care of Dr. Matthew C. Frank for wound care regarding her multiple decibitus to her right foot, right inner foot and left calf.

6.

Fannie Scott, was placed on IV Vancomycin and Meropenem as part of her therapy.

7.

Ms. Scott began having problems with itching and a rash all over her body.

8.

Petitioners requested that Dr. Frank take their mother off Meropenem, but he refused to do so.

9.

While Dr. Frank was out of the hospital on vacation, Drs. Jackson, Balogh and delMundo took over the care of Ms. Scott.

10.

On May 26, 2012, Dr. delMundo noted that the body rash was worse in the upper torso area, morbilliform in nature, erthematous, pruitic. He also notes "probably drug reaction" and agreed to withholding the Meropenum.

11.

Dr. delMundo noted on May 27, 2012, that the morbilliform rash apparently was receding. He planned to continue antibiotic therapy/wound care and notes "drug eruption."

12.

On May 28, 2012, Ms. Scott was again having rashes and itching. Dr. delMundo noted in the records that he suspects this is drug eruption and "will discontinue all antibiotics at this time because this is the only thing that is new added to her list of medications ... probably reformulate treatment in the next couple of days."

13.

When Ms. Scott's family returned from an out of town trip on or about May 29, 2012, they found that she had been placed back on Meropenum.

14.

Ms. Scott continued to be treated by Drs. Jackson, Balogh and delMundo at Cornerstone with her itching and rash getting worse after being placed back on Meropenum.

15.

The family of Fannie Scott noted that she was beginning to lose her memory, not functioning properly and gaining a tremendous amount of weight within a period of a few days but her treating physicians at Cornerstone refused to take her off the medication.

16.

Because of Ms. Scott's worsening problems, including swelling, edema and an elevation of bilirubin, Dr. Jackson transferred Fannie Scott to Willis Knighton Medical Center for acute care on June 6, 2012.

17.

Despite treatment at Willis Knighton, Fannie Scott was not able to overcome her allergic reaction and lost her life on June 22, 2012.

18.

Defendants were negligent in failing to permanently discontinue the Meropenem and appropriately treat the patient so as to prevent her death.

19.

Petitioners further show that Ms. Scott's care could have been medically managed by defendant and ended with a different outcome.

20.

Petitioners aver that the defendant, Cornerstone Hospital of Bossier City, LLC, was negligent in the care delivered and the care which should have been delivered unto Fannie Scott, including but not limited to:

(a)  In failing to timely and permanently stop Meropenum;

(b)  In minimizing symptoms of allergic reaction;

(c)  In ignoring signs and symptoms of patient;

(d)  Failure to provide appropriate care/management of the patient;

(e)  In failing to recognize, react to, and take timely and appropriate measures to prevent the death of Fannie Scott;

(f)  In failing to comply with the appropriate standard of care;

(g)  In deviating from the acceptable standard of care; and

(h)  In failing to provide medical care consistent with the appropriate standards.

21.

The above listed acts of negligence by the defendant has led to the damages suffered by the petitioners, Ossie Scott Rhodes and Eugene Emmanuel Wallace, and they aver that they are entitled to general and special damages for pain and suffering, mental anguish, and medical expenses prior to the death of their mother, Fannie Scott, as well as for wrongful death, survival damages, funeral expenses, and any and all other damages reasonable under the circumstances.

22.

Further petitioners, as the children of Fannie Scott, have claims herein for loss of consortium regarding their mother.

23.

Defendant deviated from the appropriate standard of care in this matter, and caused the damages suffered by the petitioners for which they should be held responsible.

24.

Petitioners further avers that they, individually and on behalf of their deceased mother, Fannie Scott, are entitled to an award in an amount to be determined by this Honorable Court at the time of trial to be reasonable in the premises, plus legal interest and all costs of this matter.

25.

Petitioners shows that a medical malpractice complaint was made to the Commissioner of Administration (Patient's Compensation Fund) for the State of

Louisiana, against Matthew C. Frank, M.D., James Jackson, M.D., Attila Balogh, M.D., Venerando delMundo, M.D., and Cornerstone Hospital of Bossier City, LLC, but was informed on May 15, 2013, by the Patient's Compensation Fund that defendant, Cornerstone Hospital of Bossier City, LLC, was not qualified under La. R.S. 40:1299.41, at the time of the alleged incident.

**WHEREFORE, PETITIONERS, OSSIE SCOTT RHODES AND EUGENE EMMANUEL WALLACE, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, FANNIE SCOTT (DECEASED), PRAY** that defendant, **CORNERSTONE HOSPITAL OF BOSSIER CITY, LLC,** be served with a copy of this Petition and be cited to answer same and that after all due proceedings are had, there be judgment herein in favor of petitioners, individually and on behalf of Fannie Scott, deceased, and against defendant for all general and special damages sustained by them, plus legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for any further relief as equity and the cause may require.

**PETITIONERS FURTHER PRAY** for all other just and equitable relief to which they may be entitled in the premises.

Respectfully submitted,

1315 Cypress Street
P. O. Box 1437
West Monroe, LA 71291
Telephone: (318) 388-3320
Facsimile: (318) 388-3337

_____
Richard L. Fewell, Jr.
La. Bar No. 18891
*Attorney for petitioners,*
*Ossie Scott Rhodes and*
*Eugene Emmanuel Wallace,*
*individually and on behalf of*
*their mother, Fannie Scott*
*(Deceased)*

PLEASE SERVE:

**Cornerstone Hospital of Bossier City, LLC**
c/o registered agent,
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808