UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| OSSIE SCOTT RHODES AND EUGENE EMMANUEL WALLACE, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, FANNIE SCOTT (DECEASED)<br><br>*Plaintiffs*<br><br>*v.*<br><br>CORNERSTONE HOSPITAL OF BOSSIER CITY, LLC<br><br>*Defendant* | CIVIL ACTION NO. 5:13-CV-02110-DEW-KLH<br><br><br><br>JUDGE DONALD E. WALTER<br><br>MAG. JUDGE KAREN L. HAYES |

**DEFENDANT CORNERSTONE HOSPITAL OF BOSSIER CITY, LLC'S
MOTION FOR SUMMARY JUDGMENT ON LIBAILITY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Cornerstone Hospital of Bossier City, LLC ("Cornerstone"), who files this this Motion for Summary Judgment under Federal Rule of Civil Procedure 56, as there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law. Cornerstone attaches a supporting memorandum setting forth the basis of this motion: Plaintiffs lack the necessary expert medical testimony to support their claims of liability against Cornerstone.

WHEREFORE, Defendant prays that this motion be granted and that this matter be dismissed with prejudice and at Plaintiffs' costs.

Respectfully submitted,

_____
**PAUL G. PRESTON, T.A.   (Bar No. 10711)**
**LINDA M. UZEE      (Bar. No. 18701)**
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
76 Tern Street (Street Address)
Tel:  504-282-2530
Fax: 504-282-2531
ppreston@prestonlawfirm.com
luzee@prestonlawfirm.com
**Attorneys for Defendant, Cornerstone**
    **Hospital of Bossier City, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2013, a copy of the foregoing pleading has been electronically filed using the CM/ECF system, which will provide notice to all counsel of record.

_____
Paul G. Preston