## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| OSSIE SCOTT RHODES AND<br>EUGENE EMMANUEL WALLACE,<br>INDIVIDUALLY AND ON BEHALF<br>OF THEIR MOTHER, FANNIE SCOTT | CIVIL ACTION NO.<br>5:13-CV-02110-DEW-KLH |
| **PLAINTIFFS** | |
| VS. | |
| | JUDGE DONALD E. WALTER |
| CORNERSTONE HOSPITAL OF<br>BOSSIER CITY, LLC | MAGISTRATE JUDGE HAYES |
| **DEFENDANT** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41 (a)(1)(A)(ii)

NOW INTO COURT through undersigned counsel come plaintiffs Ossie Scott Rhodes and Eugene Emmanuel Wallace, individually and on behalf of their mother, Fannie Scott (deceased) who respectfully assert the following:

The parties to the above captioned matter have agreed to a stipulation of dismissal with prejudice, which is signed by all parties who have appeared, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action with prejudice, in its entirety, against defendant Cornerstone Hospital of Bossier City LLC., with Plaintiff specifically reserving all rights to all other claims against all others, with each party bearing their own

attorney's fees and costs.

Approved by:

_____
Paul G. Preston, T.A. (Bar No. 10711)
Linda M. Uzee (Bar No. 18701)
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
76 Tern Street (Street Address)
Tel: 504-282-2530
Fax: 504-282-2531
ppreston@prestonlawfirm.com
luzee@presonlawfirm.com
**Attorneys for Defendant, Cornerstone Hospital of Bossier City, LLC**

Respectfully Submitted,

_____
Richard L. Fewell, Jr.
La Bar No. 18891
1315 Cypress Street
P.O. Box 1437
West Monroe, LA 71291
Telephone: (318) 388-3320
Facsimile: (318) 388-3337
rfewell@centurytel.net
**Attorney for Plaintiffs, Ossie Scott Rhodes, and Eugene Emmanuel Wallace, Individually and on behalf Of their mother, Fannie Scott**